**FILED**

06/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0014

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0114

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.

JACK WARREN MAXVILL, JR.,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, there being no objection from the State, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 28, 2022, within which to prepare, file, and serve Appellant's reply brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 6 2022